IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 01:05-CR-0009 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOSEPH VOTTA** | : | |

### ORDER

AND NOW, this 27th day September, 2006, upon consideration of defendant's motion (Doc. 23) to transfer jurisdiction over his supervised release to the District of Arizona, see 18 U.S.C. § 3605 ("A court, after imposing sentence, may transfer jurisdiction over a . . . person on supervised release to the district court for any other district to which the person . . . is permitted to proceed, *with the concurrence of such court*." (emphasis added)), and it appearing that the United States District Court for the District of Arizona does not concur in defendant's request for transfer (see Doc. 23, Ex. 1 at 2), it is hereby ORDERED that the motion (Doc. 23) to transfer jurisdiction over defendant's supervised release is DENIED.[1]  See 18 U.S.C. § 3605.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Defendant's transfer request has been forwarded to the United States Probation Office in this district for such future consideration as may become necessary.  (See Doc. 24 ¶ 5.)